

SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  TODD BLANCHE
   Deputy Attorney General of the United States
2  SIGAL CHATTAH
   Acting United States Attorney
3  District of Nevada
   Nevada Bar No. 8264
4  TINA SNELLINGS
   SKYLER PEARSON
5  Assistant United States Attorneys
   501 Las Vegas Boulevard South, Suite 1100
6  Las Vegas, Nevada 89101
   (702) 388-6336
7  Tina.snellings@usdoj.gov
   Skyler.Pearson@usdoj.gov
   *Attorneys for the United States*

FILED.

DATED: 4:37 pm, February 18, 2026

U.S. MAGISTRATE JUDGE

8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

9

10  UNITED STATES OF AMERICA,

11             Plaintiff,

12     v.

13  RONALD ERIC KANDELL,

14             Defendant.

15

**SEALED CRIMINAL COMPLAINT**

Case No.   2:26-mj-00103-DJA

VIOLATIONS:

18 U.S.C. § 1028 – Fraud and related activity in connection with identification documents, authentication features, and information

18 U.S.C. § 912 – Officer or employee of the United States

16     BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned

17  complainant, being first duly sworn, states that:

18                          **COUNT ONE**
       Fraud and related activity in connection with identification
19        documents, authentication features, and information
                      (18 U.S.C. § 1028(a)(1))

20     On or about January 29, 2025 to on or about February 9, 2026, in the State and

21  Federal District of Nevada,

22                    **RONALD ERIC KANDELL,**

23

24

defendant herein, knowingly and without lawful authority produced an identification

document, authentication feature, or a false identification document bearing his name and

identifiers to multiple private companies and banking institutions, in violation of 18 U.S.C.

§ 1028.

## COUNT TWO
Officer or employee of the United States
(18 U.S.C. § 912)

On or about January 29, 2025 to on or about February 9, 2026, in the State and

Federal District of Nevada,

**RONALD ERIC KANDELL**,

defendant herein, falsely assumed or pretended to be an officer or employee acting under

the authority of the United States or any department, agency or officer thereof, and acted as

such, or in such pretended character and demanded or obtained any money, paper,

document, or thing of value, all in violation of 18 U.S.C. § 912.

## PROBABLE CAUSE AFFIDAVIT

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and

have been since January 2018. I am currently assigned to the Safe Streets Gang Task

Force in the Las Vegas, Nevada Division. I am currently in my eighth year employed in

law enforcement with the FBI. As part of my duties, I investigate violations of federal law,

including gang related crime, violent crimes, robbery, fugitives, special jurisdiction matters

that include false advertising, misuse of federal agency names, and impersonation of an

officer.

2.      I have conducted, participated in, and/or consulted in crimes involving

white collar crime, terrorism, and violent/gang related crime. I have participated in the

execution of numerous search and arrest warrants, which have resulted in the seizure of

1    firearms, drugs, and various items of evidence used for the furtherance of the

2    aforementioned crimes.

3         3.    The statements in this affidavit are based upon my personal observations,

4    my training and experience, information provided by law enforcement officers assigned to

5    other law enforcement agencies, and other special agents.

6         4.    This affidavit contains information necessary to support probable cause to

7    believe that the criminal offenses described herein were committed by the defendant,

8    RONALD ERIC KANDELL and is not intended to include each and every fact and

9    matter observed or known by me. Moreover, to the extent that this affidavit contains

10   statements by witnesses, those statements are set forth only in part and in substance and are

11   intended to accurately convey the information, but not to be verbatim recitations.

12                    **FACTS ESTABLISHING PROBABLE CAUSE**

13        5.    The Safe Streets Gang Task Force (SSGTF) of the Federal Bureau of

14   Investigation (FBI) conducts investigations into a variety of criminal activity including

15   matters of special jurisdiction. Within the umbrella of special jurisdiction falls criminal

16   activity related to fraudulently creating and passing forged government documents and

17   impersonating or assuming an individual acting under authority of the United States

18   government.

19        6.    On or about January 29, 2025, Ronald Eric KANDELL entered into

20   Nicklin Property Management located at 375 N. Stephanie St., Henderson, Nevada

21   driving a Chevrolet Suburban with license plate 9MSR735 that had a light bar installed at

22   the top of the windshield similar to the type utilized by law enforcement. Nicklin Property

23   Management manages rental properties in the Las Vegas and Henderson area.

24   KANDELL was wearing a vest with an FBI placard and handed a folder of documents to

3

the staff that contained multiple documents. Within these documents were Federal

Emergency Management Agency (FEMA) pay stubs bearing KANDELL's identifiers and

photograph, a Department of State Diplomatic Identification Card with title of Criminal

Liaison Officer bearing KANDELL's identifiers and photograph, a Department of

Homeland Security identification card bearing KANDELL's identifiers, and a Public

Agency Training Council certificate for a Criminal Liaison Officer Course bearing

KANDELL's name. Utilizing these documents, KANDELL sought to obtain rental

property while holding himself out to be an officer of the United States.

7.    On or about April 8, 2025, KANDELL purchased a 2025 GMC Yukon

Denali bearing VIN 1GKS2ERL5SR239317 (the SUBJECT VEHICLE) from AutoNation

GMC located at 330 N Gibson Rd, Henderson, NV. During the purchase KANDELL

listed Criminal Liaison Officer for FEMA as his employer for financing purposes.

KANDELL financed approximately $40,740.33 through AutoNation Finance. After

receiving the SUBJECT VEHICLE, KANDELL never made any monthly payments

toward the financing.

8.    On or about April 11, 2025, Sanilac County Sheriff's Office (Michigan)

provided a report annotating charges and sentencing for KANDELL. On July 14, 2020,

KANDELL pleaded guilty to Lying to a Peace Officer and Motor Vehicle –

Use/Possession of Flashing Lights.[1] KANDELL was sentenced to 15 days jail and 12

months' probation.

---

[1] KANDELL was also charged with Impersonating Firefighter/Emergency Medical Service
Personnel and False Personation of Public Officer. However, those charges were dismissed as
part of the case resolution.

9.      On or about May 20, 2025, the Director of Scheduling, Stephanie Coomer, for the Public Agency Training Council responded to an inquiry regarding KANDELL's certificate. Coomer reported that KANDELL's certificate had numerous errors on it including the location, which was Noblesville, IN and not Los Angeles, CA as it should have read. Further, it said the course was 56 hours rather than 35 hours and the course did not list an expiration date. The Public Agency Training Council does not have any records of KANDELL ever having attended any of its courses.

10.      On or about June 4, 2025, the Department of State Acting Principal Deputy Director Katherine Harris responded to an inquiry and reported that KANDELL had not worked in any capacity for the Department of State. Further, Harris reported that the identification provided to Nicklin Property Management was not designed in the correct manner and appeared to be fraudulent. The identification number used on the card was never issued by the Department of State.

11.      On or about September 23, 2025, KANDELL went to The Rita Suites located at 344 E Desert Inn Rd. and met with manager D.L. KANDELL gave D.L. a business card with KANDELL's identifiers that also bore the FBI name and seal with the title of Criminal Liaison Division on it. D.L. reported that KANDELL told multiple people that he was a lawyer for the FBI and that he had won his vehicle in a lawsuit and was offering his services as a lawyer to others.

12.      On or about February 4, 2026, investigators conducted physical surveillance at 2775 W. Pebble Rd. and observed the SUBJECT VEHICLE parked in parking spot #136 which was assigned to KANDELL. Security Supervisor S.D. confirmed that KANDELL lived in Unit 505 at the property.

13.     On or about February 5, 2026, FBI Supervisory Management and Program Analyst Shaunta Wilson reported that KANDELL had never been employed by the FBI.

14.     On or about February 5, 2026, Supervisory Special Agent Justin Hoffman from the National Insurance Crime Bureau reported that California license plate 9MSR735, currently affixed to the SUBJECT VEHICLE, is associated with a 2024 Chevrolet Tahoe bearing VIN 1GNSCNKD8RR306909 and owned by Enterprise Rental Car. When the 2024 Tahoe was returned to Enterprise in 2025 it was issued a new tag, California license plate 9RZY964. At the time of the reporting, the Tahoe was located in Georgia. A check of both California license plates return to the same 2024 Tahoe. A title registration check conducted on February 9, 2026 by AutoNation indicated that the SUBJECT VEHICLE has no active registration.

15.     On or about February 9, 2026, FEMA Regional Security Officer Quentin Thompson reported that KANDELL's FEMA pay stubs were fake and that there were no records of KANDELL having worked for FEMA.

16.     On or about February 9, 2026, Black and Cherry Real estate employees A.H., L.M., and S.S. were interviewed regarding KANDELL. Black and Cherry Real Estate is a property management company that manages rental properties in the Las Vegas and Henderson area. They reported that KANDELL had on multiple occasions interacted with employees at their office located at 2421 W Horizon Ridge Pkwy, Henderson, NV while KANDELL was wearing a vest with an FBI placard and an Interpol police badge. During the interactions, KANDELL was confrontational and made remarks about being on call 24/7, having contact with dispatch, and knowing police activity around the area. Black and Cherry Real Estate severed services with KANDELL due to his behavior and non-payment for the unit he rented located at 2775 W. Pebble Rd., Unit 505, Las Vegas,

NV (the SUBJECT PREMISE) which is managed by Black and Cherry Real Estate. During one of the disputes with KANDELL, one of Black and Cherry's vendors, Belfor Property Restoration, entered into the SUBJECT PREMISES for photographs of the residence. In one of the photographs, a vest with FBI lettering and an Interpol police badge are clearly visible.

17.    An eviction hearing is currently scheduled for February 19, 2026 regarding KANDELL's lease for the SUBJECT PREMISES. As of this writing, KANDELL still resides at the SUBJECT PREMISES.

18.    The source of the fraudulent and forged identifications and documents utilized by KANDELL is unknown. This warrant seeks authorization to search for equipment, digital devices, and other evidence of how KANDELL is gaining access to these fraudulent documents including how he is creating them.

///

///

///

///

///

///

///

///

///

///

///

## **CONCLUSION**

18.    Based upon the information set forth in this affidavit, I respectfully submit that there is probable cause to believe that RONALD ERIC KANDELL violated 18 U.S.C. § 1028 (Fraud and related activity in connection with identification documents, authentication features, and information) and 18 U.S.C. § 912 (Officer or employee of the United States) as described above.

IAN DICKENSON    Digitally signed by IAN DICKENSON
                 Date: 2026.02.18 11:20:16 -08'00'
_____
IAN DICKENSON,
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this _18th_ day of _____February_____, 2026.



_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

8